**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOHN THOMAS NELSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-10-162-R |
| SHERIFF RICK AINSWORTH, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)( B), this matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On March 19, 2010, Judge Bacharach recommended that the case be dismissed without prejudice because the Plaintiff had failed to pay the filing fee or seek leave to proceed *in forma pauperis*. Plaintiff has not objected to the Report and Recommendation[1] nor sought an extension of time in which to respond. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of April 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation mailed to Plaintiff was returned, with no available forwarding address. Plaintiff is obliged to keep the Court informed of his current address.